**SHA-1 Hash:** EBA8DE3C692A21776D4DEF9B4DD22ED6EA026C17     **Title:** Jada Stevens is Buttwoman
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.12.211.111 | 09/27/2012 15:54:22 | Skokie | IL | Comcast Cable | BitTorrent |
| 2 | 24.12.215.82 | 09/29/2012 00:57:37 | Skokie | IL | Comcast Cable | BitTorrent |
| 3 | 24.13.102.24 | 10/27/2012 12:59:47 | Chicago | IL | Comcast Cable | BitTorrent |
| 4 | 24.7.247.27 | 10/18/2012 12:03:28 | Mount Prospect | IL | Comcast Cable | BitTorrent |
| 5 | 67.175.136.50 | 09/26/2012 02:01:33 | Orland Park | IL | Comcast Cable | BitTorrent |
| 6 | 67.176.166.41 | 10/24/2012 05:23:34 | Park Ridge | IL | Comcast Cable | BitTorrent |
| 7 | 71.194.12.67 | 10/17/2012 08:13:29 | Chicago | IL | Comcast Cable | BitTorrent |
| 8 | 71.194.182.138 | 10/10/2012 05:12:42 | Matteson | IL | Comcast Cable | BitTorrent |
| 9 | 71.194.2.65 | 09/27/2012 00:16:15 | Des Plaines | IL | Comcast Cable | BitTorrent |
| 10 | 71.194.73.176 | 10/11/2012 02:35:21 | Woodridge | IL | Comcast Cable | BitTorrent |
| 11 | 76.16.0.232 | 11/01/2012 05:30:46 | Woodridge | IL | Comcast Cable | BitTorrent |
| 12 | 98.227.93.145 | 09/28/2012 17:44:15 | Matteson | IL | Comcast Cable | BitTorrent |
| 13 | 216.125.160.51 | 09/29/2012 17:30:52 | Elgin | IL | Illinois Century Network | BitTorrent |
| 14 | 75.118.183.171 | 09/29/2012 23:44:18 | Chicago | IL | WideOpenWest | BitTorrent |

EXHIBIT A

NIL25