# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Patrick Collins, Inc.

                Plaintiff,

v.                                      Case No.: 1:12–cv–09562
                                        Honorable Harry D. Leinenweber

John Does 1–14

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2013:

      MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held on 7/10/2013. Cause voluntarily dismissed without prejudice as to John Does 1, 2, 3, 5, 6, 7, 8, 9, 11, 13 & 14. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.